IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01763-BNB

JAMES M. BERTOLO,

    Plaintiff,

v.

JOHN HICKENLOOPER, Governor Colorado,
GLEN TAPIA, M.P.A. Offices of Community Corrections,
TOM CLEMENTS, Director, Colorado Department of Corrections,
COLORADO DEPARTMENT OF CORRECTIONS, Facilities, Programs, Staff, Medical
    Staff, Censorship Staff, Staff in General, Committees,
CTCF,
CTCF SEX OFFENDER TREATMENT MANAGEMENT BOARD (SOTMP),
ROBBIE BOLTON,
HONORABLE THOMAS KENNEDY, Chairman, Sex Offender Management Board
    (SOMB),
DIRECTORS CONTRACT WORKERS,
ALL CDOC CURRENT AND FORMER READING COMMITTEE MEMBERS,
ALL FORMER AND CURRENT MAIL ROOM STAFF FOR CDOC, CTCF,
ALL CDOC DIRECTORS STAFF OF PROGRAMS/ACTIVITIES/RECREATIONAL
    WORKERS, and
JOHN AND JANE DOES, and Certain CTCF, CDOC staff to be named,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff has filed a "Motion for Filing Fees" (ECF No. 28), in which he requests an extension of time to comply with the Court's July 13, 2012 Order to Cure Deficiencies. The July 13 Order directed him to either pay the $350.00 filing fee or submit a § 1915 motion and affidavit on the court-approved form, along with a certified copy of his inmate account statement, within thirty days.

    Plaintiff's request for an extension of time is GRANTED as follows: Plaintiff shall comply with the July 13, 2012 Order to Cure Deficiencies **on or before September 4, 2012**, if he wishes to pursue his claims in this action. If Plaintiff fails to cure the deficiencies within the time allowed, the instant action will be dismissed without further notice.

Dated: August 2, 2012