IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01763-BNB

JAMES M. BERTOLO,

Plaintiff,

v.

JOHN HICKENLOOPER, Governor Colorado,
GLEN TAPIA, M.P.A., Offices of Community Corrections,
TOM CLEMENTS, Director, Colorado Department of Corrections,
COLORADO DEPARTMENT OF CORRECTIONS, Facilities, Programs, Staff, Medical Staff, Censorship Staff, Staff in General, Committees,
CTCF,
CTCF SEX OFFENDER TREATMENT MANAGEMENT BOARD (SOTMP),
ROBBIE BOLTON,
HONORABLE THOMAS KENNEDY, Chairman, Sex Offender Management Board (SOMB),
DIRECTORS CONTRACT WORKERS,
ALL CDOC CURRENT AND FORMER READING COMMITTEE MEMBERS,
ALL FORMER AND CURRENT MAIL ROOM STAFF FOR CDOC, CTCFM
ALL CDOC DIRECTOR STAFF OF PROGRAMS/ACTIVITIES/RECREATIONAL WORKERS, and
JOHN AND JANE DOES, and Certain CTCF, CDOC staff to be named,

Defendants.
_____

**ORDER**
_____

On September 27, 2012, I ordered the plaintiff to show cause why this case should not be dismissed for lack of prosecution, failure to comply with my minute order setting a status conference, and plaintiff's counsel's failure to appear at the status conference. Order to Show Cause [Doc. # 79]. The plaintiff has responded to the Order to Show Cause, Response [Doc. # 82], and his counsel appeared before me this morning.

IT IS ORDERED:

(1)     The Order to Show Cause [Doc. # 79] is DISCHARGED; and

(2)     The plaintiff shall file an amended complaint on or before **December 3, 2012**.

Dated November 1, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge